Oxford Dictionaries



ABOUT | HELP | LOG IN

SELECT LANGUAGE **English** ▫

Dictionary   Synonyms   Grammar ▫   Explore ▫

ENGLISH … ▫   **US English**   | butt dial |


Kroger **Fresh food. Low prices.**   Hellmann's Mayonnaise   **$3⁴⁹** With Card   Hover for Ad   Valid until Aug. 30

home   US English   butt-dial

Definition of *butt-dial* in English:

# butt-dial

*US informal*

---

**VERB**  (**butt-dials, butt-dialing, butt-dialed**; *British* **butt-dials, butt-dialling, butt-dialled**)

[WITH OBJECT]

Inadvertently call (someone) on a mobile phone in one's rear pants pocket, as a result of pressure being accidentally applied to a button or buttons on the

Most popular in the US ▫

1. mic drop
2. janky
3. harambee
4. balayage
5. saudade

= trending



Different than, different from, or different to?



phone:

*'I have had several people butt-dial me, from former girlfriends to my brother'*

More example sentences

---

## NOUN

**(butt dial)**

An inadvertent call made on a mobile phone in one's rear pants pocket, as a result of pressure being accidentally applied to a button or buttons on the phone:

*'who hasn't received a butt dial at some point and listened to their friends chatting, singing, or even talking to themselves?'*

More example sentences

---

## For editors and proofreaders

Syllabification: butt di·al

---

## Definition of butt-dial in:

- British & World English dictionary

---

## What do you find interesting about this word or phrase?

*Comments that don't adhere to our Community Guidelines may be moderated or removed.*

**1 Comment**        Sort by    **Oldest** ▾



Quiz: can you complete the book title?



10 tips on how to improve your writing



Unusual words with surprising meanings



Esperanto, chocolate, and biplanes in Braille: the interests of Arthur Maling

Add a comment...

**Kevin Alves** ·
Independent Living Specialist at Life, according to Kevin

it's a pocket call you make when you butt dial your phone

Like · Reply · Aug 27, 2015 9:26am

Facebook Comments Plugin



**Not Enough Vets Claim These Amazing VA Benefits**

MSN     33 mins ago

TEST YOURSELF

## Types of Dance

1) Which of the following is a type of dance?

○ Linda Hop
○ Lindy Hop

Next   0/0

WORD OF THE DAY

# antepart um

### Nearby words

butt naked

butt ugly

**butt-dial**

butte

butter

English (US)

OXFORD

UNIVERSITY PRESS

butt-dial: definition of butt-dial in Oxford dictionary (American English) (US)

© 2016 Oxford University Press     Contact us     Privacy policy & legal notice     Browse dictionary     Help     About